UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA SWAFFORD,

    Plaintiff,

v.

Case No. 18-13913

Hon. George Caram Steeh

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 14, 2020, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation in this action for social security benefits. ECF No. 19. Magistrate Judge Stafford recommends that the court deny Plaintiff's motion for summary judgment, grant the Commissioner's motion for summary judgment, and affirm the Commissioner's decision. No objections to the report and recommendation have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

Having reviewed the record and the report and recommendation, the court agrees with the magistrate judge's analysis and conclusions. Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Stafford's January 14, 2020 report and recommendation (ECF No. 19) is ACCEPTED and ADOPTED as the order of this court. IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 15) is DENIED, the Commissioner's motion for summary judgment (ECF No. 18) is GRANTED, and the Commissioner's decision is AFFIRMED under sentence four of 42 U.S.C. § 405(g).

Dated: February 20, 2020

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 20, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk

---